**STATE, ex rel. BROOKS, Appellee, v SMITH, Appellant.**

Ohio Appeals, Second District, Franklin County,

No. 4123. Decided January 14, 1948.

William H. Brooks, Columbus, for appellee.
L. F. Henderson, Columbus, for appellant.

**OPINION**

By THE COURT.

Submitted on motion by the defendant for leave to appeal from a judgment rendered on November 8, 1947, finding the defendant to be the father of an illegitimate child. To this motion the plaintiff has filed a motion for dismissal for failure to comply with §12223-7 GC in that a notice of appeal was not filed within twenty days after the journalizing of the

order overruling the motion for a new trial. The defendant is relying upon §13459-4 GC which defines the procedure to be followed in criminal cases. However, bastardy proceedings are only "quasi-criminal", and Ohio courts are inclined to place them in a civil category. **5 O. Jur. 543. In State, ex rel. Pennington v Barger, 74 Oh Ap 58,** it was specifically held that while bastardy proceedings have some of the characteristics of a criminal proceeding, it is essentially a civil action governed in trial and appeal by the law applicable thereto.

The motion to dismiss is sustained.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.